BETTY T. ROBERTS, Executrix, etc., of JACOB H. ROBERTS, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed on argument, without costs. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur. Settle order on notice.

GEORGIANA ROGERS, Appellant, v. RICHARD ROGERS, Respondent.— Order denying motion to increase, *pendente lite*, allowance made for the support and maintenance of the child, and to direct the payment of an extra allowance for medical expenses, affirmed, without costs. The action has been at issue for over a year. If plaintiff would proceed to trial she would have an adjudication of all her rights without the bother of intermediate motions. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.